115 A.3d 1269

IN THE MATTER OF EDWARD HARRINGTON HEYBURN,
AN ATTORNEY AT LAW (ATTORNEY NO. 024161997).

June 18, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–279, concluding that **EDWARD HARRINGTON HEYBURN** of **EAST WINDSOR,** who was admitted to the bar of this State in 1997, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to adequately communicate with the client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **EDWARD HARRINGTON HEYBURN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.